## Caring First, Inc. et al.
## Appendix A

1. Aime-Seguin, F Natacha
2. Alexander, Melvin
3. Alfreus, Jacqueline
4. Alphonse, Mirma
5. Anderson, Annette
6. Antonello, Laura
7. Aurenberg, Kimberly
8. Battle-Hal, Ruth
9. Bausejour, Rosenie
10. Braun, Katharine
11. Brissett, Elaine
12. Brown, Icylin
13. Brown, Olga
14. Brown, Valerie
15. Burton, Nicolette
16. Cadet, Rockinsky
17. Cantave, Fabiola
18. Carver, Allison
19. Celestin, L Faniole
20. Chambers, Keisha
21. Charles, Imatide
22. Charles, Marjorie
23. Chavane, Marie
24. Chisholm, Malinda
25. Clark, Doris
26. Clerfont, Yvette
27. Coke, Delores
28. Crawford, Debbie
29. David, Isha
30. Duran, Dean
31. Duran, Hilda
32. Eby, Cathylou
33. Emile, Nadia
34. Exna, Antoinnette
35. Fitzgerald, Sylina
36. Florial, Ertha
37. Greene, Trevonta
38. Guinn, Barbara
39. Hall, Aris
40. Hendren, Nunie
41. Hudson, Hope
42. Hutson, Sherrie
43. Isnard, Marie

44. Jean, Scheena
45. Jean-Baptsite, Natacha
46. Jean-Francois, Stephany
47. Jones, Brittney
48. Jones, D Marie
49. Jones, Reale
50. Joyner-Alexander, Phyllis
51. Keaton, Naseema
52. Kennedy, Paula
53. Kimanzi, Edna
54. Kllgore, Matthew
55. Labbe, Martine
56. Laborde, Shirley
57. LaFortune, Edwine
58. Largie, A Marjorie
59. Laurent, G Marie
60. Lia, Patricia
61. Limose, Liciana
62. Louis, Myrtha
63. Lovelace, Marva
64. Luma, Raymonde
65. Marcelin, Josephine
66. Martin, Lisa
67. Massina, Maude
68. Mathieu, Nally
69. Mejia, Claribel
70. Miller, Tanasia
71. Mills, Eliana
72. Moise, Fanese
73. Mosca, Evangeline
74. Murphy, Barbara
75. Neal, J Dora
76. Nelson, Barbara
77. Newman, Christina
78. Nicholas, Marianne
79. Ogun, Abimbola
80. Oquendo, Iris
81. Paul, Gertrude
82. Perry, Ian
83. Petit, Patricia
84. Piere-Poulard, Marie
85. Qostali, Penny
86. Rivera, Dawn
87. Roberts, Pauline
88. Robinson, Sheila
89. Rodriguez, Marion

90. Rodriguez-Cavazos, Sheila
91. Ruiz, Mary
92. Santil, Kingcia
93. Scharff, Patrick
94. Seaver, Jeannie
95. Silvera, Audrey
96. St. Germain, Kenia
97. Stewart, Jelicia
98. Svajda, Diane
99. Thomas, Denise
100. Thomas, Gwendolyn
101. Tido, Bertha
102. Timmons, Margaret
103. Titmore, Catina
104. Vital, Smith
105. Vixama, Woodland
106. Volta, Angela
107. Wallace, Fanchetta
108. White, Tonja
109. Wilkie, Etheline
110. Williams, Hope
111. Wood, Marcia