UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| THOMAS E. PEREZ, | ) | |
| Secretary of Labor, | ) | FILE NO. |
| United States Department of Labor, | ) | |
| | ) | 8:15-cv-1590-T-23TGW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CARING FIRST, INC.; IVANAH V. THOMAS, | ) | |
| an individual; and TIMOTHY THOMPSON, | ) | |
| an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Connor, White, David, Eby, Lia and Donaldson v. Caring First, Inc. and Ivanah Thomas,* **2015-CA-4821-O, filed in the Circuit Court of the Ninth Judicial Circuit in Orange County, Florida on May 26, 2015.**

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Respectfully submitted this 26th day of August, 2015.

| | |
|---|---|
| ADDRESS: | M. PATRICIA SMITH |
| | Solicitor of Labor |
| Office of the Solicitor | |
| U. S. Department of Labor | STANLEY E. KEEN |
| 61 Forsyth Street, S.W. | Regional Solicitor |
| Room 7T10 | |
| Atlanta, GA  30303 | ROBERT L. WALTER |
| | Counsel |
| Telephone: | |
|  (404) 302-5489 | BY: *s/Lydia J. Chastain* |
|  (404) 302-5438 (FAX) | LYDIA J. CHASTAIN |
| | Senior Trial Attorney |
| Email: | |
| chastain.lydia.j@dol.gov | Office of the Solicitor |
| ATL.FEDCOURT@dol.gov | U.S. Department of Labor |
| | Attorneys for Plaintiff. |

SOL Case No. 15-00473