**Caring First, Inc. et al.**
**Amended Appendix A**

1. Aime-Seguin, F Natacha
2. Alexander, Melvin
3. Alfreus, Jacqueline
4. Alphonse, Mirma
5. Anderson, Annette
6. Antonello, Laura
7. Aurenberg, Kimberly
8. Battle-Hal, Ruth
9. Bausejour, Rosenie
10. Braun, Katharine
11. Brissett, Elaine
12. Brown, Icylin
13. Brown, Olga
14. Brown, Valerie
15. Burton, Nicolette
16. Cadet, Rockinsky
17. Cantave, Fabiola
18. Carver, Allison
19. Celestin, L Faniole
20. Chambers, Keisha
21. Charles, Imatide
22. Charles, Marjorie
23. Chavane, Marie
24. Chisholm, Malinda
25. Clark, Doris
26. Clerfont, Yvette
27. Coke, Delores
28. Crawford, Debbie
29. Duran, Dean
30. Duran, Hilda
31. Emile, Nadia
32. Exna, Antoinnette
33. Fitzgerald, Sylina
34. Florial, Ertha
35. Greene, Trevonta
36. Guinn, Barbara
37. Hall, Aris
38. Hendren, Nunie
39. Hudson, Hope
40. Hutson, Sherrie
41. Isnard, Marie
42. Jean, Scheena
43. Jean-Baptsite, Natacha

44. Jean-Francois, Stephany
45. Jones, Brittney
46. Jones, D Marie
47. Jones, Reale
48. Joyner-Alexander, Phyllis
49. Keaton, Naseema
50. Kennedy, Paula
51. Kimanzi, Edna
52. Kllgore, Matthew
53. Labbe, Martine
54. Laborde, Shirley
55. LaFortune, Edwine
56. Largie, A Marjorie
57. Laurent, G Marie
58. Limose, Liciana
59. Louis, Myrtha
60. Lovelace, Marva
61. Luma, Raymonde
62. Marcelin, Josephine
63. Martin, Lisa
64. Massina, Maude
65. Mathieu, Nally
66. Mejia, Claribel
67. Miller, Tanasia
68. Mills, Eliana
69. Moise, Fanese
70. Mosca, Evangeline
71. Murphy, Barbara
72. Neal, J Dora
73. Nelson, Barbara
74. Newman, Christina
75. Nicholas, Marianne
76. Ogun, Abimbola
77. Oquendo, Iris
78. Paul, Gertrude
79. Perry, Ian
80. Petit, Patricia
81. Piere-Poulard, Marie
82. Qostali, Penny
83. Rivera, Dawn
84. Roberts, Pauline
85. Robinson, Sheila
86. Rodriguez, Marion
87. Rodriguez-Cavazos, Sheila
88. Ruiz, Mary
89. Santil, Kingcia

90. Scharff, Patrick
91. Seaver, Jeannie
92. Silvera, Audrey
93. St. Germain, Kenia
94. Stewart, Jelicia
95. Svajda, Diane
96. Thomas, Denise
97. Thomas, Gwendolyn
98. Tido, Bertha
99. Timmons, Margaret
100. Titmore, Catina
101. Vital, Smith
102. Vixama, Woodland
103. Volta, Angela
104. Wallace, Fanchetta
105. Wilkie, Etheline
106. Williams, Hope
107. Wood, Marcia