FILED
2018 MAR -9 PM 3:52

## ABSTRACT OF JUDGMENT NOTICE
## CASE NO. 6:15-cv-1824-Orl-41GJK

Pursuant to Title 28 United States Code, Section 3201, this judgment upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a Notice of Renewal. If such Notice of Renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| NAME AND ADDRESS OF PARTIES AGAINST WHOM JUDGMENT HAS BEEN OBTAINED | NAME OF PARTY IN WHOSE FAVOR JUDGMENT HAS BEEN OBTAINED |
|---|---|
| **Ivanah V. Thomas** <br> Apopka, FL 32712 <br> SSN: xxx-xx-4746 | Secretary of Labor, U.S. Department of Labor |

| Amount of Judgment | Names of Creditors' Attorney | When Docketed |
|---|---|---|
| Damages in the amount of $1,967,377.50, for which sum let execute. | R. ALEXANDER ACOSTA <br> Secretary of Labor <br> By: Lydia J. Chastain <br> Senior Trial Attorney <br> Office of the Solicitor <br> 61 Forsyth St. SW, Ste. 7T10 <br> Atlanta, GA 30303 | January 22, 2018 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE**
**U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA,**
**SS**

I CERTIFY, that the foregoing is a correct Abstract of the Judgment entered or registered by this court.

Dated at Orlando, Florida on ___March 9th___, 2018.

ELIZABETH WARREN, Clerk of Court

By: ___SManuel___, Deputy Clerk.